# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUSTIN WIDRICK<br>6721 Kuntz Road<br>Glenfield, NY 13343-2613<br><br>     Stakeholder<br><br>     v.<br><br>RICHARD S. MUSTARE<br>7560 Church Street<br>Lowville, NY 13367-1604<br><br>     and<br><br>CAMERON PORTER<br>15275 Military Road<br>Sackets Harbor, NY 13685<br><br>     and<br><br>JOSEPH LAPARR<br>8252 Foskit Street<br>Harrisville, NY 13648<br><br>     and<br><br>TRAVELERS INDEMNITY COMPANY, a/s/o<br>Dean and Shay Richards<br>485 Lexington Avenue<br>New York, NY 10017<br><br>     and<br><br>TRAVELERS INDEMNITY COMPANY a/s/o<br>Kory Smith, Donna Smith, Dean Richards and<br>Shay Richards<br>485 Lexington Avenue<br>New York, NY 10017<br><br>     and | **STIPULATION OF DISMISSAL**<br><br>CIVIL ACTION NO. 7:12-cv-01767 |

HARLEYSVILLE MUTUAL INSURANCE         :
COMPANY a/s/o New York Pizzeria of    :
Lowville, Inc.                         :
355 Maple Avenue, C-2                  :
Harleysville, PA 19438-2297            :
                                       :
         and                           :
                                       :
THE HARTFORD INSURANCE COMPANY         :
a/s/o Community Bank Systems, Inc.     :
1 Hartford Plaza                       :
Hartford, CT 06105                     :
                                       :
         and                           :
                                       :
PEERLESS INSURANCE COMPANY a/s/o       :
Good Morning Realty, Inc.              :
62 Maple Avenue                        :
Keene, NH 03431                        :
         and                           :
                                       :
DAVID M. COOK                          :
7615 N. State Street                   :
Lowville, NY 13367                     :
                                       :
         and                           :
                                       :
BRIAN R. LOGAN                         :
7574 S. State Street, #205             :
Lowville, NY 13367                     :
                                       :
         and                           :
                                       :
NICHOLAS SHANLEY                       :
517 Alexandria Street                  :
Clayton, NY 13624-1201                 :
                                       :
         and                           :
                                       :
DAVID A. STOKES, JR.                   :
5615 Water Street                      :
Lowville, NY 13367                     :
                                       :
         and                           :
                                       :

KRISTINE A. WILKINSON　　　　　　　　　　　:
12 Liberty Street　　　　　　　　　　　　　　:
Carthage, NY 13619-1342　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
CARMELLO and MARYANN CARBONARO　　　　　　:
5500 Bostwick Street　　　　　　　　　　　　　:
Lowville, NY 13367　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
DEAN and SHAY RICHARDS　　　　　　　　　　　:
7586 Church Street　　　　　　　　　　　　　　:
Lowville, NY 13367　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
KORY and DONNA SMITH　　　　　　　　　　　　:
7458 South State Street　　　　　　　　　　　　:
Lowville, NY 13367　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
COMMUNITY BANK SYSTEMS, INC.　　　　　　　　:
5790 Widewaters Parkway　　　　　　　　　　　:
DeWitt, NY 13214　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
GOOD MORNING REALTY, INC.　　　　　　　　　　:
7556 North State Street　　　　　　　　　　　　:
Lowville, NY 13367　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
ROGER ABBEY　　　　　　　　　　　　　　　　:
5432 N. Shore Road　　　　　　　　　　　　　　:
Brantingham, NY 13312　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
       and　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
NEW YORK PIZZERIA OF LOWVILLE, LLC　　　　　:
7580 South State Street　　　　　　　　　　　　:
Lowville, NY 13367　　　　　　　　　　　　　:

|                        | and      | : |
|------------------------|----------|---|
| JOHN DOES 1-10         |          | : |
|                        | Claimants| : |
|                        |          | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Stakeholder, Dustin Widrick, and Claimants, Travelers Indemnity Company a/s/o Dean and Shay Richards; Travelers Indemnity Company a/s/o Kory Smith, Donna Smith, Dean Richards and Shay Richards; Harleysville Mutual Insurance Company a/s/o New York Pizzeria of Lowville, Inc.; The Hartford Insurance Company a/s/o Community Bank Systems, Inc.; Peerless Insurance Company a/s/o Good Morning Realty, Inc.; Kristine A. Wilkinson; Carmello and Maryann Carbonaro, Individually and as Members of New York Pizzeria of Lowville, LLC; and Dean and Shay Richards, by and through their respective attorneys of record, or, in the case of Kristine A. Wilkinson and Dean and Shay Richards, in their pro se capacity, hereby stipulate and agree that all claims and issues in the above entitled interpleader action have been fully compromised and settled and that the interpleader action shall be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys fees.

**Kristine Wilkinson**
*Pro Se Claimant*
606 Park Avenue, Unit 111
Orange Park, Florida 32073

**Robinson & Cole, LLP**
By: John Kane, Esq.
*Attorneys for Claimant Hartford*
Office and Post Office Address
1055 Washington Boulevard
Stamford, Connecticut 06901-2249
jkane@rc.com

**White and Williams, LLP**
By: Benjamin Staherski, Esq.
*Attorneys for Claimant Peerless*
Office and Post Office Address
One Penn Plaza
250 West 34th Street, Suite 4110
New York, New York 10119-4115
staherskib@whiteandwilliams.com

**Dean Richards**
*Pro Se Claimant*
7586 Church Street
Lowville, New York 13367

4

_[signature]_  
**Shay Richards**  
*Pro Se Claimant*  
7586 Church Street  
Lowville, New York 13367

_[signature]_  
**Bond Schoeneck & King**  
By: Raymond Meier, Esq.  
*Attorneys for Claimant Carmello and Maryann Carbonaro*  
Office and Post Office Address  
501 Main Street  
Utica, New York 13501-1245  
rmeier@bsk.com

_[signature]_  
**Law Offices of Robert Stutman, P.C.**  
By: Michael Wallace, Esq.  
*Attorneys for Claimant, Harleysville*  
Office and Post Office Address  
20 East Taunton Road, Suite 403  
Berlin, New Jersey 08009  
wallacem@stutmanlaw.com

_[signature]_  
**Law Offices of Theresa Puleo**  
By: Theresa Puleo, Esq. 505222  
*Attorneys for Claimant Travelers a/s/o Richards and Smith*  
Office and Post Office Address  
441 South Salina Street  
The Galleries of Syracuse  
Syracuse, New York 13202  
tpuleo@travelers.com

_[signature]_  
**Goris & O'Sullivan, LLC**  
By: Mark D. Goris, Esq.  
*Attorneys for Stakeholder Widrick*  
Office and Post Office Address  
5 Mill Street  
Cazenovia, New York 13035  
mgoris@goriscsullivan.com

_[signature]_  
**Law Offices of Theresa Puleo**  
By: Theresa Puleo, Esq. 505222  
*Attorneys for Claimant Travelers a/s/o Richards*  
Office and Post Office Address  
441 South Salina Street  
The Galleries of Syracuse  
Syracuse, New York 13202  
tpuleo@travelers.com

```
IT IS SO ORDERED:
```
_[signature]_  
```
Andrew T. Baxter
U.S. Magistrate Judge

Dated:     March 5, 2014
           Syracuse, NY
```

5